**DAVID M. REAVES**
Chapter 7 Panel Trustee
Post Office Box 44320
Phoenix, Arizona 85064
(602) 241-0101 Telephone

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | ) Case No. 2-08-BK-00714-CGC |
| | ) |
| VANCE, CHAD and | ) Chapter 7 |
| VANCE, MICHELLE, | ) |
| | ) **APPLICATION FOR ORDER FOR** |
| Debtors. | ) **PAYMENT OF UNCLAIMED** |
| | ) **FUNDS TO U.S. BANKRUPTCY** |
| | ) **COURT** |
| _____ | ) |

David M Reaves, Trustee, reports that the following dividend checks have been issued and returned for insufficient address and no other address for this creditor is on file with the court.

| Check No. | Date Issued | Creditor's Name and Address | Amount |
|---|---|---|---|
| 3004 | 3/10/11 | PENTECH FINANCIAL SERVICES, 910 E HAMILTON AVE STE 400 CAMPBELL, CA 85008 | $1,134.36 |

Dated this 24th day of March, 2011.

/s/ David M. Reaves
David M. Reaves, Chapter 7 Trustee

1